IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VARIOUS PLAINTIFFS | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
| v. | : | |
| | : | CIVIL ACTION |
| VARIOUS DEFENDANTS | : | NO. 09-MC-103 |
| ("Oil Field Cases") | : | |

**O R D E R**

**AND NOW**, this **10th** day of **December 2009**, it is hereby **ORDERED** that plaintiffs' motion to remand (doc. no. 45) is **GRANTED** in part and **DENIED** in part. It is **GRANTED** as to the 354 cases in Category I and as to the 65 cases in Category II listed in Exhibit "B", attached. It is **DENIED** as to the 25 cases in Category III, listed in Exhibit "C", attached.

**AND IT IS SO ORDERED.**

S/ Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**